UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 5:25-cr-31-TPB-PRL
     18 U.S.C. § 111(a)

DAVONTA MCCROREY

### INDICTMENT

The Grand Jury charges:

### COUNTS ONE THROUGH THREE

On or about March 16, 2024, in the Middle District of Florida, the defendant,

**DAVONTA MCCROREY,**

did knowingly and forcibly assault, resist, oppose, impede, and interfere with a person who is an employee of the United States Federal Bureau of Prisons, and a person designated in 18 U.S.C. § 1114, while that person was engaged in and on account of the performance of his official duties, and the act described above did involve physical contact with the employee.

| Count | Victim |
|-------|--------|
| ONE   | J.H.   |
| TWO   | J.P.   |
| THREE | L.S.   |

In violation of 18 U.S.C. § 111(a)(1).

A TRUE BILL,

███████████████████
Foreperson

SARA C. SWEENEY
Acting United States Attorney

By: _____
Hannah Watson
Assistant United States Attorney

By: _____
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

FORM OBD-34
February 25

No. 24-2-46

UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

DAVONTA MCCROREY

INDICTMENT

Violations: 18 U.S.C. § 111(a)(1) – 3 counts

A true bill,

_____
Foreperson

Filed in open court this 19th day

of February 2025.

_____
Clerk

Bail $_____

GPO 863 525